# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1512

_____

Albert A. Richardson,　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Appellant,　　　　　　*
　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　v.　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　*　Eastern District of Arkansas.
T.C. Outlaw, Warden, FCI-Forrest City, *
　　　　　　　　　　　　　　　　　*　[UNPUBLISHED]
　　　　　　Appellee.　　　　　　*

_____

Submitted: September 2, 2011
Filed: September 7, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Federal inmate Albert Richardson appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. We deny his motion for appointment of counsel, and we conclude that habeas relief was not warranted for the reasons relied upon by the district court, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003) (standard of review). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).